# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL J. SPELLMAN AND MARGARET SPELLMAN, | : | No. 362 WAL 2017 |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| BENJAMIN MOORE & CO., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.